IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 18-MJ-00143-LMC |
| JAMES SAMUELS, | |
| Defendant. | |

## MOTION FOR CONTINUANCE

Comes now the United States of America, by and through its undersigned counsel, and moves this Court for a continuance of the Detention Hearing for defendant James Samuels, pursuant to 18 U.S.C. § 3142(f). A continuance of three days is requested.

    Respectfully submitted,

    Timothy A. Garrison
    United States Attorney

By  /s/Bradley K. Kavanaugh

    Bradley K. Kavanaugh
    Assistant United States Attorney
    Narcotics & Violent Crimes Unit
    Charles Evans Whittaker Courthouse
    400 East Ninth Street, Suite 5510
    Kansas City, Missouri 64106
    Telephone: (816) 426-3122

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was delivered on October 5, 2018, to the CM-ECF system of the United States District Court for the Western District of Missouri, and a copy of the foregoing will be hand-delivered to the defendant at his first appearance before a judicial officer.

                                              /s/Bradley K. Kavanaugh
                                              Bradley K. Kavanaugh
                                              Assistant United States Attorney

2

Case 4:18-cr-00309-GAF   Document 6   Filed 10/05/18   Page 2 of 2