IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.     Case No.     18-00143LMC-01

James Samuels

AUSA: Bradley Kavanaugh
Defense Atty.:

| JUDGE: | **Sarah W. Hays**<br>U. S. Magistrate Judge | DATE/TIME: | **10/5/2018**<br>11:40 am-11:45 am |
|---|---|---|---|
| DEPUTY CLERK | Jan Martin | TAPE/REPORTER | FTR/jmm |
| INTERPRETER | | PRETRIAL/PROB: | |

## Clerk's Minutes

1ST APPEARANCE COMPLAINT

Defendant advised:

1. Of the charge in the complaint and the contents of the affidavit;
2. That he/she is not required to make any statement and that any statement made by him/her may be used against him in Court;
3. Of his/her right to retain counsel and to request assignment of counsel if unable to obtain counsel;
4. Of his/her right to a preliminary examination (including nature and scope) and of his/her right to waive same; and
5. Of his/her right to bail or, if no bail is set, to a detention hearing to determine if he is a flight risk or a danger to persons or the community.

( x ) Preliminary examination set for Thursday, 10/11/2018 before Judge Counts (6E).

BAIL

( x ) Bail not set; Motion for detention hearing and for continuance of hearing filed by Government.
( x ) Motion for pretrial detention hearing and for continuance of hearing granted; defendant temporarily detained pending detention hearing set for 10/11/2018.

COUNSEL

( x ) Defendant requests the Court to appoint counsel for him/her. An attorney will be appointed and will assist the defendant with filling out the Financial Affidavit (CJA 23 form) which will then be filed in ECF.