IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.  Case No. 18mj143-01-LMC

JAMES SAMUELS

AUSA: Bradley Kavanaugh
Defense Atty.: Allison McKinsey English

| JUDGE: | **Lajuana M. Counts**<br>U. S. Magistrate Judge | DATE/TIME: | **10/11/2018**<br>1:30pm-1:45pm<br>1:53pm-1:56pm |
|---|---|---|---|
| DEPUTY CLERK | Traci Chorny | TAPE/REPORTER | FTR/tc |
| INTERPRETER | | PRETRIAL/PROB: | Tanis Humig |

# Clerk's Minutes

DETENTION AND PRELIMINARY HEARING

DETENTION HEARING: Parties appear in person and with counsel ready to proceed on government's motion for pretrial detention.

( x ) Parties stipulate to the factual contents of the Pretrial Services Report as being the direct testimony of Pretrial Services Officer. The government proffers that defendant has resigned from the Kansas City Fire Department. No objection by the defendant.
( x ) Government proffers further evidence. No objection by the defendant.
( x ) Arguments presented.

Based on the information before the Court, government's motion for detention is granted. The Court found reason to believe that no condition or combination of conditions of release would reasonably assure the safety of any other person or persons and the community. Defendant ordered detained without bail pending trial. Written detention order to be forthcoming.

PRELIMINARY EXAMINATION

Parties stipulate to the factual contents of the affidavit attached to the complaint as being
The direct testimony of Special Agent Jeffrey M. Brock, ATFE. Probable cause established;
Defendant bound over to U.S. District Court for grand jury action or other proceedings.
Defendant remanded to custody of U.S. Marshals.