# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>JAMES SAMUELS,<br><br>              Defendant. | Crim. No. 18-00309-01-CR-W-DGK<br>Crim. Complaint No. 18-MJ-00143-LMC |

## MOTION TO DISMISS CRIMINAL COMPLAINT

Comes now Bradley K. Kavanaugh, Assistant United States Attorney, and moves the Court to dismiss the Criminal Complaint filed on October 1, 2018, before United States Magistrate Judge Lajuana M. Counts, at Kansas City, Missouri, charging the defendant with violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(2) (Count One) and Title 18, United States Code, Section 924(h) (Count Two).

                                                          /s/Bradley K. Kavanaugh
                                                          Bradley K. Kavanaugh
                                                          Assistant United States Attorney
                                                          Narcotics & Violent Crimes Unit

## O R D E R

IT IS HEREBY ORDERED that the Motion to Dismiss Criminal Complaint, as shown above, is sustained.

Dated: October 30, 2018                      /s/ Lajuana M. Counts
                                                           HONORABLE LAJUANA M. COUNTS
                                                            United States Magistrate Judge
                                                             Western District of Missouri