**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-00309-01-CR-W-DGK |
| | ) | |
| JAMES SAMUELS, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION TO WITHDRAW MOTION FOR RECONSIDERATION OF DETENTION ORDER

COMES now the defendant, James Samuels, by and through his undersigned counsel, and moves this Court for reconsideration of the Court's Detention Order entered in this case. In support, Mr. Samuels suggests the following:

1. On February 1, 2018, the defendant was charged by criminal complaint with violations of 18 U.S.C. §§ 922(d)(1), 924(a)(2) and (h).

2. On October 5, 2018, the Federal Public Defender and her assistants were appointed to represent Mr. Samuels.

3. On October 11, 2018, defendant appeared before the Honorable Lajuana M. Counts, United States Magistrate Judge, for detention and preliminary hearings.

4. On October 24, 2018, the defendant was charged by indictment with violations of 18 U.S.C. §§ 371, 924(a)(1)(A), 922(a)(1)(A), (d)(1), 923(a), 924(a)(1)(D), (a)(2), and (h).

5. On November 1, 2018, defendant appeared before the Honorable Lajuana M. Counts, United States Magistrate Judge, for an initial appearance and arraignment.

6. A Pre-trial conference is set for September 3, 2019 and Jury Trial is set for September 23. 2019.

7. The parties have begun plea negotiations

8. One of those conditions of ongoing plea negotiations is that the Defendant remain in custody.

9. Defendant needs additional time to consider the terms and conditions to resolve this case.

10. Defendant does not object to withdrawing his motion to reconsider detention order during plea negotiations

11. Defendant reserves the right to re-file motion to reconsider detention order if a resolution is not reached during plea negotiations.

WHEREFORE the defendant now requests that this Court allow counsel for defendant to withdraw his motion to reconsider detention order.

Respectfully submitted,

*/s/ Allison M. English*
ALLISON M ENGLISH
Asst. Fed. Pub. Defender
818 Grand Ave; Suite 300
Kansas City, MO 64106
(816) 471-8282
ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

In accordance with Rule 49(a), (b) and (d), Fed. R. Crim. P., and Rule 5(b), Fed. R. Civ. P., it is hereby CERTIFIED that the foregoing motion was electronically filed and emailed to Bradley K. Kavanaugh, Assistant United States Attorney, this 28th day of January, 2019.

*/s/ Allison M. English*
ALLISON M ENGLISH
Asst. Fed. Pub. Defender
818 Grand Ave; Suite 300
Kansas City, MO 64106
(816) 471-8282
ATTORNEY FOR DEFENDANT