# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 18-00309-01-CR-W-DGK |
| JAMES SAMUELS, | ) ) ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW AND APPOINT NEW COUNSEL

COMES NOW the defendant, James Samuels, by and through his counsel, Todd M. Schultz, Assistant Federal Public Defender for the Western District of Missouri, and moves this Court for an Order appointing new counsel to represent him.

## SUGGESTIONS IN SUPPORT

1. On February 1, 2018, the defendant was charged by criminal complaint with violations of 18 U.S.C. §§ 922(d)(1), 924(a)(2) and (h).

2. On October 5, 2018, the Federal Public Defender and her assistants were appointed to represent Mr. Samuels.

3. On October 11, 2018, defendant appeared before the Honorable Lajuana M. Counts, United States Magistrate Judge, for detention and preliminary hearings.

4. On October 24, 2018, the defendant was charged by indictment with Conspiracy to Make False Statements During Purchase of Firearms in violation of 18 U.S.C. §§ 371 and 924(a)(1)(A), Engaging in the Business of Dealing Firearms Without a License 18 U.S.C. §§ 922(a)(1)(A), 923(a) and 924(a)(1)(D), Sale of a Firearm and Ammunition to a Prohibited Person in violation of 18 U.S.C. §§ 922(d)(1) and 924(a)(2), Knowing Transfer of a Firearm for Use in a Crime of Violence in violation of 18 U.S.C. § 924(h), Possession of an Unregistered Firearm in violation of 26 U.S.C. §§ 5841, 5861(d) and 5871 and Possession of a Stolen Firearm in violation of 18 U.S.C. §§ 922(j) and 924(a)(2).

5. On November 1, 2018, defendant appeared before the Honorable Lajuana M. Counts, United States Magistrate Judge, for an initial appearance and arraignment.

6. Counsel received a letter from Mr. Samuels asking that the Court appoint a new attorney to represent him.

WHEREFORE, the defendant, James Samuels, by and through attorney of record, respectfully requests this Court for an Order appointing new counsel to represent him.

Respectfully submitted,

/s/ Todd M. Schultz
Todd M. Schultz
Assistant Federal Public Defender
1000 Walnut, Suite 600
Kansas City, MO 64106
(816) 471-8282

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

In accordance with Rule 49(a), (b) and (d), Fed. R. Crim. P., and Rule 5(b), Fed. R. Civ. P., it is hereby CERTIFIED that one copy of the foregoing motion was electronically filed and sent to Bradley Kavanaugh, Assistant United States Attorney, this 30th day of October, 2019.

/s/ Todd M. Schultz
Todd M. Schultz