IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 18-00309-CR-W-DGK |
| | ) | |
| JAMES SAMUELS, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER OF RECUSAL

Pursuant to 28 U.S.C. § 455, the undersigned hereby recuses himself from any further involvement in this case. The Clerk of Court is directed to randomly reassign this case to another judge.

          /s/ Greg Kays
          GREG KAYS, JUDGE
          UNITED STATES DISTRICT COURT

Date: January 8, 2020