# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | Case No. 18-00309-01-CR-W-DGK |
| ) | |
| ) | |
| JAMES SAMUELS, ) | |
| ) | |
| DEFENDANT. ) | |

## DEFENDANT'S UNOPPOSED MOTION FOR SENTENCING HEARING VIA VIDEO CONFERENCE PURSUANT TO THE CARES ACT, H.R. 748

**COMES NOW** the Defendant, by and through counsel of record, John Anthony Picerno, and provides notice to the court that he hereby consents to his sentencing hearing taking place via video conference, pursuant to the Cares Act, that the Government does not object to this request and respectfully requests this Honorable Court to allow his sentencing hearing to take place via video conference.

**WHEREFORE**, the Defendant respectfully requests this Honorable Court to grant this motion and to issue an order allowing his sentencing hearing to take place via video conference, or in the alternative, to schedule a hearing in this matter.

Respectfully submitted,

*/s/John Anthony Picerno*
John Anthony Picerno, MBN: 41861
1301 Oak Street, Suite 605
Kansas City, Missouri 64106
Telephone: (816) 471-3330
Mobile: (816) 694-7726
Facsimile (816) 396-5680
Email: JPLaw@JohnPicerno.com
**ATTORNEY FOR DEFENDANT**

### CERTIFICATE OF SERVICE

In accordance with Rule 49(a), (b) and (d), fed. R. Crim. P., and Rule 5(b), Fed. R. Civ. P., it is hereby CERTIFIED that this Entry of Appearance was electronically filed this 14th day of December, 2020, and that a copy was sent to all concerned parties, through the Court's Electronic Case Filing System.

*/s/John Anthony Picerno*
John Anthony Picerno