CoreCivic

# Certificate of Participation

This is to certify that

## James Samuels

Has satisfactorily completed the requirements prescribed for

## On Ramp ( Go Further)

Given on this, the 14th day of October, Two Thousand and Nineteen

Unit Manager

Authorizing Person

CoreCivic

# Certificate of Participation

This is to certify that

## James Samuels

Has satisfactorily completed the requirements prescribed for

## Highway ( Go Further)

Given on this, the ____3rd __ day of ______March_________, Two Thousand and__Twenty____

Jennifer Douglas
Unit Manager

[signature]
Authorizing Person



# CERTIFICATE OF APPRECIATION

THIS CERTIFICATE IS AWARDED TO

JAMES SAMUELS

IN RECOGNITION OF YOUR CONTRIBUTIONS AS AN INMATE WORKER IN THE VOLUNTEER WORK PROGRAM

SIGNATURE

10/12/19

DATE

CoreCivic

# Certificate Of Completion

This certificate is awarded to

## James Samuels

Successfully completing "Partners in Parenting" training developed by the Institute of Behavior Research

Leavenworth Detention Center

Brenda Miller 4-9-19

Instructor : Unit Manger Brenda Miller Date

4-10-19

Warden Linda Thomas Date

CoreCivic

# Certificate of Participation

This is to certify that

## James Samuels

Has satisfactorily completed the requirements prescribed for

## Destination ( Go Further)

Given on this, the 8th day of April, Two Thousand and Twenty

Unit Manager

Authorizing Person




# Certificate of Completion

*This is to certify that*

## JAMES ALLEN SAMUELS

*has satisfactorily completed the requirements prescribed for*

## CORECIVIC'S GO FURTHER REENTRY PROGRAM

*Given on this, the* EIGHTH *day of* APRIL *, Two Thousand and* 2020

*Warden*

*Authorizing Person*

Certificate printed in red and black on security paper; security feature on face and back

Certificate printed in red and black on security paper; security feature on face and back

8039




# Certificate of Completion

*This is to certify that*

**JAMES SAMUELS**

*has satisfactorily completed the requirements prescribed for*

**UNDERSTANDING AND REDUCING ANGRY FEELINGS - COURSE**

*Given on this, the* **26TH** *day of* **DECEMBER** *, Two Thousand and* **EIGHTEEN**

*Warden*

Programs - Metz

*Authorizing Person*

Certificate printed in red and black on security paper; security feature on face and back

Certificate printed in red and black on security paper; security feature on face and back

8039






# Certificate of Completion

*This is to certify that*

**JAMES SAMUELS**

*has satisfactorily completed the requirements prescribed for*

**IDEAS FOR BETTER COMMUNICATION**

*Given on this, the* **18TH** *day of* **JANUARY** *, Two Thousand and* **NINETEEN**

*Warden*

Programs-Metz

*Authorizing Person*

Certificate printed in red and black on security paper; security feature on face and back

Certificate printed in red and black on security paper; security feature on face and back

8039

CoreCivic

# Certificate of Completion

This is to certify that

**JAMES SAMUELS**

Has satisfactorily completed the requirements prescribed for

## Building Social Networks - Course

Given on this day, the Fifteenth of March, Two Thousand and Nineteen.

Programs - Metz [signature]
Authorizing Person

# Certificate Of Completion

This certificate is awarded to

## James Samuels

Successfully completing "Partners in Parenting" training developed by the Institute of Behavior Research

Leavenworth Detention Center

4-9-19
Date

Instructor : Unit Manger Brenda Miller

4-10-19
Date

Warden Linda Thomas