# CoreCivic
# Certificate of Participation

*This is to certify that*

## James Samuels

*Has satisfactorily completed the requirements prescribed for*

## On Ramp ( Go Further )

Given on this, the _____14th_____ day of _____October_____, Two Thousand and _____Nineteen_____

_____
Unit Manager

_____
Authorizing Person

# CoreCivic
# Certificate of Participation

*This is to certify that*

## James Samuels

*Has satisfactorily completed the requirements prescribed for*

## Highway ( Go Further )

Given on this, the ___3rd___ day of ___March___, Two Thousand and ___Twenty___

*Jennifer Douglas*
Unit Manager

*[signature]*
Authorizing Person

# Certificate of Appreciation

THIS CERTIFICATE IS AWARDED TO

JAMES SAMUELS

IN RECOGNITION OF YOUR CONTRIBUTIONS AS AN INMATE WORKER IN THE VOLUNTEER WORK PROGRAM



SIGNATURE
DATE 10/2/19



CoreCivic

# Certificate Of Completion

This certificate is awarded to

# James Samuels

Successfully completing "Partners in Parenting" training developed by the Institute of Behavior Research

Leavenworth Detention Center

_____Brenda Mills_____  4-9-19
Instructor: Unit Manger Brenda Miller  Date

_____[signature]_____  4-10-19
Warden Linda Thomas  Date

# CoreCivic
## Certificate of Participation

*This is to certify that*

## James Samuels

*Has satisfactorily completed the requirements prescribed for*

## Destination ( Go Further )

Given this, the ___8th___ day of ___April___, Two Thousand and ___Twenty___

_____
Unit Manager

_____
Authorizing Person



# CoreCivic

# Certificate of Completion

This is to certify that

## JAMES ALLEN SAMUELS

has satisfactorily completed the requirements prescribed for

## CORECIVIC'S GO FURTHER REENTRY PROGRAM

Given on this, the __EIGHTH__ day of __APRIL__, Two Thousand and __2020__

_____
Warden

_____
Authorizing Person

Certificate printed in red and black on security paper; security feature on face and back

Certificate printed in red and black on security paper; security feature on face and back

8039



# CoreCivic

# Certificate of Completion

This is to certify that

## JAMES SAMUELS

has satisfactorily completed the requirements prescribed for

**UNDERSTANDING AND REDUCING ANGRY FEELINGS - COURSE**

Given on this, the __26TH__ day of __DECEMBER__, Two Thousand and __EIGHTEEN__

_____
Warden

_____
Programs - Metz
Authorizing Person

Certificate printed in red and black on security paper; security feature on face and back

Certificate printed in red and black on security paper; security feature on face and back

8039



# Certificate of Completion

This is to certify that

## JAMES SAMUELS

has satisfactorily completed the requirements prescribed for

## IDEAS FOR BETTER COMMUNICATION

Given on this, the __18TH__ day of __JANUARY__, Two Thousand and __NINETEEN__

_Warden_

_Programs Metz_
_Authorizing Person_

Certificate printed in red and black on security paper; security feature on face and back

Certificate printed in red and black on security paper; security feature on face and back

8039

# CoreCivic
# Certificate of Completion

This is to certify that

## JAMES SAMUELS

Has satisfactorily completed the requirements prescribed for

## Building Social Networks - Course

Given on this day, the Fifteenth of March, Two Thousand and Nineteen.

Programs - Metz _[signature]_
Authorizing Person

# Certificate Of Completion

This certificate is awarded to

## James Samuels

Successfully completing "Partners in Parenting" training developed by the Institute of Behavior Research

Leavenworth Detention Center

_Brenda Mills_     4-9-19

Instructor: Unit Manger Brenda Miller     Date

_signature_     4-10-19

Warden Linda Thomas     Date