## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>JAMES SAMUELS,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 18-00309-01-CR-W-GAF<br><br>Date: January 25, 2021 |

### MINUTE SHEET

The Honorable Gary A. Fenner, presiding at Kansas City, Missouri

Nature of Proceeding: Sentencing Hearing

Time commenced: 1:30 p.m.    Time terminated: 1:59 p.m.

### APPEARANCES

Plaintiff's counsel: Bradley Kavanugh, AUSA
Defendant's counsel: John Picerno, CJA
Probation officer: Lynn Berry

**PROCEEDINGS VIA VIDEO TELECONFERENCE:** Parties appear as indicated above. Defendant appears in person. There are no objections to the Presentence Investigation Report that affect the guidelines or sentence imposed. The Court adopts the Report without change. Sentencing recommendations presented by counsel. Allocution granted to the defendant.

SENTENCE: Defendant sentenced to the custody of the Federal Bureau of Prisons for a term of **60 months each on Counts 1 and 2, 72 months each on Counts 5, 7, 9, 12 and 13, all to run concurrently, for a total sentence of 72 months.**

Supervised release of **3 years each on Counts 1, 2, 5, 7, 9, 12 and 13, to run concurrently, for a total of 3 years** w/mandatory, standard, and special conditions imposed.

Fine waived. MSA of $700.00 imposed. Restitution: $0. Fine imposed against defendant in the amount of $11,282.00. Defendant advised of right to appeal. Defendant to remain in custody for service of the sentence imposed.

The Court recommends to the Federal Bureau of Prisons: that the defendant be considered for placement at USP Leavenworth or MCFP Springfield.

Court Reporter: Kathy Calvert            Courtroom Deputy: Lisa Mitchell

Count(s) 3, 4, 6, 8, 10, 11 and 14 dismissed on the motion of the United States.