# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 18-00309-01-CR-W-GAF |
| JAMES SAMUELS, | ) |
| Defendant. | ) |

## ORDER DENYING *PRO SE* MOTION FOR COMPASSIONATE RELEASE

Now pending before the Court is defendant's *pro se* Motion for Compassionate Release (Doc. #62). The Court having considered defendant's motion, it is

ORDERED that defendant's *pro se* Motion for Compassionate Release (Doc. #62) is denied in that defendant has failed to show that his request has been denied by the Bureau of Prisons and he has failed to show extraordinary and compelling circumstances to support his request.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: February 24, 2022